STATE v. SCOTT

No. 212 PC.

Case below: 29 N.C. App. 617.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. WATLINGTON

No. 70.

Case below: 30 N.C. App. 101.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 September 1976.

STATE v. WELBORN

No. 242 PC.

Case below: 30 N.C. App. 258.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

STATE v. WRAY and WOODS

No. 241 PC.

Case below: 30 N.C. App. 259.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 September 1976. Appeal of defendant Woods dismissed ex mero motu for lack of substantial constitutional question 1 September 1976.

SUBURBAN TRUST CO. v. EDWARDS

No. 192 PC.

Case below: 29 N.C. App. 422.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 September 1976. Appeal dismissed ex mero motu for lack of substantial constitutional question 1 September 1976.